UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

OCT 1 2 2005



**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>394 boxes, more or less, of an article of device, each )<br>boxes containing an infusion pump, labeled in part: )<br>)<br>(box) )<br>)<br>"*** Manufactured by an affiliate of Baxter Healthcare )<br>Corporation Deerfield, IL *** Made in Singapore Baxter )<br>*** ONE (1) 2L3113 *** SYNDEO PCA Syringe Pump )<br>Voltage 6 VDC ***" )<br>)<br>(pump) )<br>)<br>"*** SYNDEO PCA Syringe Pump Baxter Healthcare )<br>Corporation Medication Delivery Division Deerfield, IL )<br>*** Made in Singapore ***" )<br>)<br>(box) )<br>)<br>"*** Manufactured by an affiliate of Baxter Healthcare )<br>Corporation Deerfield, IL *** Made in Singapore Baxter )<br>*** ONE (1) 2M8161 *** Colleague CX Volumetric )<br>Infusion Pump Voltage 100-120V/220-240V ***" )<br>)<br>(pump) )<br>)<br>"*** Colleague CX Volumetric Infusion Pump Baxter )<br>Healthcare Corporation Medication Delivery Division )<br>Deerfield, IL *** Made in Singapore ***" )<br>)<br>(box) )<br>)<br>"*** Manufactured by an affiliate of Baxter Healthcare )<br>Corporation Deerfield, IL *** Made in Singapore Baxter )<br>*** ONE (1) 2M8163 *** Colleague 3 CX Volumetric )<br>Infusion Pump Voltage 100-120V/220-240V ***" ) | No. **05C 5852**<br><br>Judge<br><br>JUDGE ANDERSEN<br><br>MAGISTRATE JUDGE |

|   |   |
|---|---|
| (pump) | ) |
|  | ) |
| "*** Colleague 3 CX Volumetric Infusion Pump Baxter | ) |
| Healthcare Corporation Medication Delivery Division | ) |
| Deerfield, IL *** Made in Singapore ***" | ) |
|  | ) |
| and | ) |
|  | ) |
| all other Baxter Colleague infusion pumps, including | ) |
| 2M8151 and 2M8153, and Baxter Syndeo PCA syringe | ) |
| infusion pumps on the premises of Cardinal Health, Inc., | ) |
| 2111 Waukegan Road, Waukegan, Illinois, and Baxter | ) |
| Healthcare Corp., 900 Corporate Grove Drive, Buffalo | ) |
| Grove, Illinois, | ) |
|  | ) |
| Defendants. | ) |

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, complains as follows:

1. The United States of America files this complaint to request seizure and condemnation of articles of device, as described in the caption, in accordance with the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 *et seq.* (the "Act").

2. This court has jurisdiction pursuant to 28 U.S.C. § 1345 and 21 U.S.C. § 334.

3. There are in the possession of Cardinal Health, Inc., at 2111 Waukegan Road, Waukegan, Illinois, and Baxter Healthcare Corp., at 900 Corporate Grove Drive, Buffalo Grove, Illinois, or elsewhere within the jurisdiction of this Court, articles of device, as described in the caption.

4. These articles are adulterated within the meaning of the Act, as follows:

    a. in that their quality falls below that which they purport and are represented to possess in violation of 21 U.S.C. § 351(c) (Colleague CX and Colleague 3 CX pumps); and

    b. in that the methods used in, and the facilities and controls used for, their manufacture, packing, storage, and installation are not in conformity with current good manufacturing practice requirements as required pursuant to 21 U.S.C. § 351(h) and as prescribed at 21 CFR Part 820 (all lots).

5. The articles (Colleague CX and Colleague 3 CX pumps) are misbranded within the meaning of the Act, 21 U.S.C. § 352(t)(2), in that the firm failed or refused to furnish information required by or under 21 U.S.C. § 360i.

6. By reason of the foregoing, the articles are held illegally within the jurisdiction of this Court and are liable to seizure and condemnation.

WHEREFORE, the United States of America requests:

a. that process issue against the articles;

b. that all persons having any interest in the articles be cited to appear herein and answer the allegations of the complaint;

c. that this Court decree the condemnation of the articles and grant plaintiff the costs of this proceeding against the claimant of the articles;

d. that the articles be disposed of as this Court may direct pursuant to the provisions of the Act; and

e. that the United States have such other and further relief as the court may require.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By: *[signature]*
    DONALD R. LORENZEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5330

## AFFIDAVIT

Matthew J. Sienko, being first duly sworn on oath, deposes and says that he is a Compliance Officer with the Food and Drug Administration; that he has read the foregoing Complaint for Forfeiture; and that the Complaint is true in substance and in fact to the best of his knowledge and belief.

_____
MATTHEW J. SIENKO

SUBSCRIBED TO AND SWORN before

me this 11th day of October, 2005.

_____
NOTARY PUBLIC

My Commission Expires: 10/21/2006

"OFFICIAL SEAL"
Peggy C. Leonard
Notary Public, State of Illinois
My Commission Exp. 10/21/2006